UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:08-CR-00013-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE |
| | ) | |
| LEONARD MAURICE WARD | ) | |

The court hereby provides notice to the parties that defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) will be held in abeyance until a decision is issued in United States v. Black, No. 13-6228 (4th Cir.).

This 23 August 2013.

_____
W. Earl Britt
Senior U.S. District Judge